UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 09-CR-0374-JM |
| | ) | |
| Plaintiff, | ) | **ORDER CONTINUING** |
| | ) | **MOTION/STATUS HEARING** |
| v. | ) | |
| | ) | |
| DAVID RIVAS, | ) | |
| | ) | |
| Defendant. | ) | |

GOOD CAUSE HAVING BEEN SHOWN, the Court vacates the motion/status hearing scheduled for November 20, 2009, and orders it continued to July 23, 2010 at 11:00 a.m. Further, the Court notes that pretrial motions are on file, and finds the time between November 20, 2009 and July 23, 2010 is excludable under the Speedy Trial Act in the interest of justice.

SO ORDERED.

DATED: November 17, 2009

_____
Hon. Jeffrey T. Miller
United States District Judge