UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>   v.<br><br>DAVID RIVAS,<br><br>             Defendant. | Criminal Case No. 09cr0374-JM<br><br>ORDER AND JUDGMENT<br>TO DISMISS INDICTMENT |

    Upon application of the United States Attorney, and good cause appearing therefrom,

    IT IS HEREBY ORDERED that the indictment in the above-captioned case is dismissed without prejudice as to defendant David Rivas.

DATED: May 26, 2010

_____
Hon. Jeffrey T. Miller
United States District Judge